JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Restaurant and Tavern Retirement Plan,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>Grasswood Partners, Inc. et al<br><br>　　　　　Defendant(s). | No. 2:20-cv-05204-RGK-GJS<br><br>**ORDER** |

　　　A review of the docket in this matter indicates that the remaining parties stipulated to proceed by way of binding arbitration, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: March 12, 2021

　　　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE